August WALTER, Plaintiff–Appellant,

v.

BP AMERICA, INCORPORATED,
Defendant–Appellee.

No. 14–30451.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2015.

John–Michael Lawrence, John–Michael Lawrence, L.L.C., New Orleans, LA, for Plaintiff–Appellant.

Richard A. Schwartz, Esq., Schwartz, Junell, Greenberg & Oathout, L.L.P., Houston, TX, for Defendant–Appellee.

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Having heard oral argument and reviewed the parties' briefs and the record on appeal, we AFFIRM the judgment of the district court essentially for the reasons given in that court's Order and Reasons on Motions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.